IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| SUNG CHUL KIM,<br><br>   Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-1 ASSET-BACKED CERTIFICATES, SERIES 2006-1,<br><br>   Defendant. | 1:18-CV-00436 |

## ORDER OF CONSENT JUDGMENT

**THIS HONORABLE COURT**, having reviewed and taken judicial notice of the pleadings herein, and being advised by respective counsel for each of Plaintiff Sung Chul Kim and Defendant Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2006-1 Asset-Backed Certificates, Series 2006-1 ("**Wells Fargo**") (collectively the "**Parties**") that the Parties have agreed to the terms set forth herein, hereby enters Judgment against said Wells Fargo as follows:

    1.    This Court has 28 U.S.C. § 1332 diversity of citizenship jurisdiction over the parties hereto and the subject matter hereof, and venue in this Court is appropriate, because this action affects title to real estate which has a mailing address of **606 West Canal Drive, Gulf Shores, Alabama 36542**, and which is situated entirely within Baldwin County, Alabama, to wit:

> Lots 102 and 103, according to the Survey of Canal Division of Gulf Shores, as recorded in Map Book 3, Pages 12 and 13, in the Office of the Judge of Probate of Baldwin County, Alabama.

(the "**Property**").

2267907.1

1

2. On or about September 30, 2005, Carl A. Olsen and Darlene A. Olsen, then owners of the Property, granted a mortgage against the Property, in the amount of $280,000.00, and in favor of Option One Mortgage Corporation (the "**Prior Mortgage**"), which said mortgage was recorded on October 7, 2005, as Instrument no. 928284 in the records of the Office of the Probate Judge of Baldwin County, Alabama.

3. On or about August 26, 2008, Option One Mortgage Corporation, through its auctioneer Scott J. Humphrey, conducted a foreclosure sale of the Property secured by the Prior Mortgage. As a result of the foreclosure sale, the Property was purportedly conveyed via Foreclosure Deed (the "**Foreclosure Deed**") to Wells Fargo. The Foreclosure Deed was recorded approximately one month after the foreclosure sale, on September 22, 2008, as Instrument no. 1139685 in the records of the Office of the Probate Judge of Baldwin County, Alabama.

4. Meanwhile, on or about September 8, 2008, Carl A. Olsen and Darlene A. Olsen conveyed the Property to Christopher G. Steele via that certain Warranty Deed, which said deed was recorded on September 9, 2008, as Instrument no. 1137149 in the records of the Office of the Probate Judge of Baldwin County, Alabama. The funds Christopher G. Steele paid to Carl A. Olsen and Darlene A. Olsen to acquire the Property were primarily used to pay off the Olsens' debt, which had been secured by the Prior Mortgage.

5. On or about November 6, 2008, American Home Mortgage Servicing, Inc. as successor in interest to Option One Mortgage Corporation, executed that certain Mortgage Release, Satisfaction, and Discharge (the "**Prior Mortgage Release**"), which was recorded on November 10, 2018, as Instrument no. 1148809 in the records of the Office of the Probate Judge of Baldwin County, Alabama.

6. On or about June 13, 2017, Christopher S. Steele conveyed the Property to Plaintiff via that certain Warranty Deed ("**Plaintiff's Vesting Deed**"), which was recorded on June 15, 2017, as Instrument no. 1638619 in the records of the Office of the Probate Judge of Baldwin County, Alabama.

7. Wells Fargo acknowledges the Prior Mortgage has been paid in full, resulting in the proper recording of the Prior Mortgage Release in the land records. Wells Fargo further acknowledges that through inadvertence and/or mistake, the Foreclosure Deed was also recorded in the land records.

8. Wells Fargo has no objection to the relief sought by Plaintiff and hereby consents to this action.

**IT IS THEREFORE ORDERED AND ADJUDGED** as follows:

a. The Prior Mortgage is extinguished and released as against the Property, as evidenced by the previously recorded Prior Mortgage Release;

b. The Foreclosure Deed was recorded in error, based on the loan which was secured by the Prior Mortgage having already been paid off at the time of the recording of the Foreclosure Deed;

c. Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2006-1 possesses no right, title or interest in the Property whatsoever, and all others claiming by, through, or under Wells Fargo through the Foreclosure Deed are hereby forever enjoined from asserting any right, title or interest in the Property whatsoever;

d. Plaintiff Sung Chul Kim holds title to the Property by virtue of Plaintiff's Vesting Deed;

e. The Probate Judge is directed to enter any Judgment from this action in the land records to reflect the matters addressed herein; and

f. Each of the Parties shall bear his or its own costs for this proceeding; and,

g. Any and all claims between or among the parties to this action that relate to the Property or to the Prior Mortgage, whether asserted herein or not, are forever barred by this order.

**SO ORDERED AND ADJUDGED** this 8th day of April, 2019.

                                              s/ Kristi K. DuBose
                                          UNITED STATES DISTRICT JUDGE

Prepared by:
GEORGE C. GASTON (BPR # 35490)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
63 S. Royal Street, Suite 302
Mobile, AL 36602
Telephone: (251) 438-7850
*Counsel for Plaintiff Sung Chul Kim*

**CONSENTED AND AGREED TO:**

/s/ George C. Gaston
GEORGE C. GASTON
Galloway Johnson Tompkins Burr & Smith
63 S. Royal Street, Suite 302
Mobile, Alabama 36602
Telephone: 251-438-7850
ggaston@gallowaylawfirm.com
*Counsel for Plaintiff Sung Chul Kim*

Date: 4/1/19

/s/ Jessica B. Spade
CHRISTOPHER A. BOTTCHER
JESSICA B. SPADE
McGlinchey Stafford
505 North 20th Street, Suite 800
Birmingham, AL 35203
Telephone: 205-725-6400
cbottcher@mcglinchey.com
jspade@mcglinchey.com
*Counsel for Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2006-1 Asset-Backed Certificates, Series 2006-1*

Date: 4/1/19